**Certificate of Authenticity of Business Records**
**Pursuant to Federal Rule of Evidence 902(11)**

I, **Nordellie Torres Rodríguez**, attest on penalty of criminal punishment for false statement or false attestationb that I am /was the **Director, Services Division, of Driver Services Directorate, Department of Transportation and Plublic Works from Puerto Rico, from November 1, 2001 through the present**, and that I also am/was a custodian of records for the same time period.

I have reviewed the attached records. Icertify that these records arre the original or duplicate copies of the original records in custody of **Puerto Rico D.T.O.P.**, located **in the David Plus System**.

I further state that:

   a. Such records were made, at or near the time of occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

   b. Such records were kept in the course of regularly conducted business activity,

   c. The business activity made such records as a regular practice; and

   d. If such record is not the original, such record is duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate to the best.

Of my knowledge and belief,

Executed on: **September 30, 2019**

_____
**Signature**

Location: **Carolina, Puerto Rico**

 

DIVISION DE SERVICIOS
DISCO SAN JUAN

FBI CASE: 26A-SJ-2936444



DAViD+ v4.4.0

Opciones   Acciones

**Registro Formal de Vehículo**    30 sep 2019    2:22 PM

### Información del Dueño

Identificación:    SSID    581816112

Nombre:

Dirección:

### Listado de conductores autorizados y certificados

Identificaciones:    SSID

| Nombre | Tipo | Remover |
|---|---|---|
| LEASE OPTION INC | Conductor Ley 253 | |

### Información del Vehículo

Descripción:    2009 NISSAN ALTIMA 2.5/2.5 S CREMA CLARO

Registro:    7290590    Clasificación:    Automóvil Alquiler    16

Tablilla:    HNL932    VIN:    1N4AL21E59N482004    (Válido)    9992/9992

Marbete:    25075731 (2019)    18 feb 2019

Expiración del Marbete:    31dic2019

Vehículo | Registro | Tabilla | **Título** | Finanzas | Extranjero | Pesado

### Información de Título

Condición del Vehículo:    NUEVO    Número de Título:    4343670

Título Previo:    EXENTO    Fecha de Expedición:    26ago2010

País de Origen:    JP    Japón    Fecha de Impresión:    14feb2019

Fecha de Venta:    13ENE2019    Versión:    3

Odómetro:    10

CERTIFICO CORRECTO:

DIVISION DE SERVICIOS DISCO SAN JUAN

DIVISION DE SERVICIOS DISCO SAN JUAN



**DAViD+ v4.4.0**

Opciones   Acciones

**Registro Formal de Vehículo**   30 sep 2019   2:21 PM

### Información del Dueño

| | | |
|---|---|---|
| Identificación: | FEIN | 813020466 |
| Nombre: | | |
| Dirección: | | |

### Listado de conductores autorizados y certificados

Identificaciones:   SSID

| Nombre | Tipo | Remover |
|---|---|---|
| | | |

### Información del Vehículo

| | | | | |
|---|---|---|---|---|
| Descripción: | 2016 BMW X6 SDRIVE35I NEGRO | | | |
| Registro: | 11519779 | Clasificación: | Automóvil Privado | 8 |
| Tablilla: | IST894 | VIN: | 5UXKU0C5XG0F93415 (Válido) | 10058 / 11973 |
| | | Marbete: | 22757291 (2019) | 10 dic 2018 |
| | | Expiración del Marbete: | 30jun2019 | |

⚠ Tiene Memos; Venta condicional; Marbete expirado

| Vehículo | Registro | Tablilla | Título | Finanzas | Extranjero | Pesado |

### Información de Título

| | | | |
|---|---|---|---|
| Condición del Vehículo: | NUEVO | Número de Título: | 11560653 |
| Título Previo: | CERTIFICADO DE ORIGEN | Fecha de Expedición: | 28sep2016 |
| País de Origen: | NJ   New Jersey | Fecha de Impresión: | 28sep2016 |
| Fecha de Venta: | 30JUN2016 | Versión: | 1 |
| Odómetro: | 10 | | |

CERTIFICO CORRECTO

DIVISION DE SERVICIOS DISCO SAN JUAN

DIVISION DE SERVICIOS DISCO SAN JUAN



DAViD+ v4.4.0

Opciones   Acciones

Registro Formal de Vehículo                                         30 sep 2019      2:29 PM

### Información del Dueño

Identificación:      FEIN      660257478

Nombre:

Dirección:

### Listado de conductores autorizados y certificados

Identificaciones:        SSID

| Nombre | Tipo | Remover |
|--------|------|---------|
|        |      |         |

### Información del Vehículo

Descripción:      2016 KIA SPORTAGE SX BLANCO

Registro:      11420798              Clasificación:      Automóvil Privado              11

Tablilla:                            VIN:      KNDPC3AC0G7808883      (Válido)      5188 / 10446

                                     Marbete:      10108891 (2018)                    13 mar 2019

                                     Expiración del Marbete:      31jul2018

⚠ Tiene Gravámenes; No tiene tablilla; Marbete expirado; Tiene Memos; Tiene multas por Ley 253

**Vehículo**  |  **Registro**  |  **Tablilla**  |  **Título**  |  **Finanzas**  |  **Extranjero**  |  **Pesado**

### Información de Título

Condición del Vehículo:      NUEVO                Número de Título:      11456044

Título Previo:      CERTIFICADO DE ORIGEN        Fecha de Expedición:   10sep2015

País de Origen:      JP'   Japón                 Fecha de Impresión:    13mar2019

Fecha de Venta:      13MAR2019                   Versión:               2

Odómetro:      10

CERTIFICO CORRECTO:

DIVISION DE SERVICIOS
DISCO  SAN JUAN

DIVISION DE SERVICIOS
DISCO SAN JUAN