## Certificate of Authenticity of Business Records
## Pursuant to Federal Rule of Evidence 902(11)

I, **Nordellie Torres Rodríguez**, attest on penalty of criminal punishment for false statement or false attestationb that I am /was the **Director, Services Division, of Driver Services Directorate, Department of Transportation and Plublic Works from Puerto Rico, from November 1, 2001 through the present**, and that I also am/was a custodian of records for the same time period.

I have reviewed the attached records. Icertify that these records arre the original or duplicate copies of the original records in custody of **Puerto Rico D.T.O.P.**, located **in the David Plus System**.

I further state that:

a. Such records were made, at or near the time of occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

b. Such records were kept in the course of regularly conducted business activity,

c. The business activity made such records as a regular practice; and

d. If such record is not the original, such record is duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate to the best.

Of my knowledge and belief,

Executed on: **October 29, 2019**      _____
                                              Signature

Location: **Carolina, Puerto Rico**



DIVISION DE SERVICIOS
DISCO SAN JUAN

FBI CASE: 26A-SJ-2936444





